CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Enrique Monarque-Orozco<br>YOB: 1969; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-08854MJ |

Complaint for violation of Title 18 United States Code § 1956(a)(2)(B)(i) and 1956(h)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

### COUNT 1

From on or about January 2017 through on or about August 12, 2019, in the District of Arizona, and elsewhere, the defendant **ENRIQUE MONARQUE-OROZCO** did knowingly combine, conspire, and agree with other persons known and unknown to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument or funds involving the proceeds of specified unlawful activity, that is, drug trafficking, from a place in the United States to or through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i). All in violation of Title 18 United States Code, Section 1956(h).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

See Attachment A

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by Jonathan Granoff | SIGNATURE OF COMPLAINANT<br>Matthew.Morrison Digitally signed by Matthew.Morrison Date: 2020.08.14 16:14:51 -07'00' |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>HSI Special Agent Matthew R. Morrison |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE [signature] | DATE<br>August 14, 2020 |

See Federal rules of Criminal Procedure Rules 3 and 54

USA

Attachment A                                    20-08854MJ

Homeland Security Investigations (HSI) has obtained bank records and interviewed individuals relating to a scheme by ENRIQUE MONARQUE-OROZCO (MONARQUE) and his co-conspirators to transport U.S. currency from Mexico to the United States, arrange for its deposit into U.S. bank accounts opened in the name of nominee (straw) account holders ("funnel accounts"), and then cause the funds in the funnel accounts to be wire-transferred back to bank accounts in Mexico in order to disguise the source, ownership, and control of the funds.

From at least January 2017 until May 23, 2018, the organization coordinated with many individuals known and unknown, in no less than fifteen states, to deposit cash into the organization's funnel accounts at Bank A. During this period, Bank A did not require third party cash deposit conductors to identify themselves, therefore very few did. Of that few, twelve individuals have been previously charged with drug trafficking offenses. Agents interviewed six of these conductors in various states who admitted they made the deposits at the request of others. Several conductors stated they knew or believed the person asking them to make the deposits were drug traffickers. Several of the conductors were paid to make the deposits and one was paid in heroin. Through jail records, tattoos and open source media, Agents identified five conductors in the metropolitan Chicago area as members or associates of the Black Souls criminal street gang. Once the funnel accounts received deposits, the funds were rapidly withdrawn as cash in Arizona bank branches or wire transferred from Arizona bank branches to Mexico.

After May 23, 2018, Bank A no longer allowed cash deposits from individuals other than the account signer(s). The organization's typology adapted and MONARQUE and co-conspirators smuggled U.S. currency from Mexico to the United States. The cash was given to funnel account owners who deposited the funds into their accounts in amounts less than $10,000.00. The funnel account owners were escorted back to Bank A the following day or soon after, where MONARQUE or other handlers would provide wire transfer instructions. The wire transfers were sent to Mexican bank accounts being operated by nominee account owners employed by the organization.

Agents identified approximately 89 funnel accounts being operated by the MONARQUE organization from January 2017 until August 2019. Agents interviewed 18 of the nominee account owners. Fifteen of the eighteen account owners interviewed said they were recruited by the same handler for the MONARQUE organization (hereinafter referred to as "Handler 1") to open and operate a bank account for the organization to transport cash from the United States to Mexico. The remaining three said they were recruited by two other handlers in the organization. Agents identified several accounts being operated by similar organizations who sent wire transfers to the MONARQUE organization's funnel accounts in Mexico. Bank records show that between January 2017 and August 2019, $11,005,594.75 USD was wire transferred from the MONARQUE organizations and the other organizations' funnel accounts at Bank A in the United States, to the MONARQUE organization straw accounts at banks in Mexico.

On August 12, 2019, HSI agents arrested MONARQUE. MONARQUE waived his Miranda rights and stated that he knew Handler 1, and for the past one year to year and a half, he used Handler 1 to recruit people to open bank accounts at the Bank A branch in Rio Rico, Arizona, to facilitate financial transactions on his behalf. MONARQUE claimed ownership of all the money deposited by the funnel account owners since he began working with Handler 1. MONARQUE claimed he buys dollars at casas de cambio in Nogales, Sonora, Mexico and makes an estimated annual profit of $10,000-$15,000 by bringing the dollars into the United States, having the funnel account owners deposit the dollars at Bank A, and then wiring the money to banks in Mexico and converting them to pesos. MONARQUE stated it is likely the dollars he gets at the casas de cambio comes from drugs, but he doesn't ask them where it comes from.